# Anglo-Dutch Energy LLC
## Balance Sheet
As of April 21, 2021

|  |  |  |  | Apr 21, 21 |
|---|---|---|---|---:|
| **ASSETS** | | | | |
| | **Current Assets** | | | |
| | | **Checking/Savings** | | |
| | | | CADENCE-Operating | 15.04 |
| | | | Cadence-PPP | 110.25 |
| | | | CADENCE-Wilbert No. 1 - Revenue | 11.17 |
| | | | Certificate of Deposit | 25,577.31 |
| | | | Origin Bank - Operating Account | 333.82 |
| | | | Origin Bank - Payroll Account | 107.86 |
| | | **Total Checking/Savings** | | 26,155.45 |
| | | **Other Current Assets** | | |
| | | | Bond-Supersedes Bond-Swonke/Greenberg | 906,940.74 |
| | | | Intercompany Receivable/Payable | 1,668,289.40 |
| | | | Oil & Gas Assets | 10,564,830.57 |
| | | | Pre-Payment Advance | 54,000.00 |
| | | | Prepaid Expense-Start up Cost | 1,000.00 |
| | | | Prospect | 185,742.22 |
| | | **Total Other Current Assets** | | 13,380,802.93 |
| | **Total Current Assets** | | | 13,406,958.38 |
| | **Fixed Assets** | | | |
| | | Coldspring Acreage | | 14,894.74 |
| | | Depletable Assets | | 1,563,229.32 |
| | **Total Fixed Assets** | | | 1,578,124.06 |
| | **Other Assets** | | | |
| | | Investment | | -190,235.00 |
| | | PrePaid Rent | | 30,000.00 |
| | **Total Other Assets** | | | -160,235.00 |
| **TOTAL ASSETS** | | | | 14,824,847.44 |
| **LIABILITIES & EQUITY** | | | | |
| | **Liabilities** | | | |
| | | **Current Liabilities** | | |
| | | | Accounts Payable | |
| | | | | Accounts Payable | 908,921.04 |
| | | | | Well Lease Operating Expenses | 390,738.22 |
| | | | Total Accounts Payable | 1,299,659.26 |
| | | | **Other Current Liabilities** | |
| | | | | Accrued Loan Interest-Van Dykes | 20,122.71 |
| | | | | Accrued Payroll | 26,240.01 |
| | | | | Accrued Royalties | 664,841.40 |
| | | | | Michael Noel & Zarephath Oil LLC | 1,200,000.00 |
| | | | | Philadelphia insurance Company (Bond) | 405,695.24 |
| | | | | Finance Agreement | 501,426.15 |
| | | | | Loans-Trepador & Van Dykes | 3,745,014.13 |
| | | | | Louisiana Severance Tax Payable | -1,799.97 |

# Anglo-Dutch Energy LLC
## Balance Sheet
### As of April 21, 2021

|  |  |  |  | Apr 21, 21 |
|---|---|---|---|---:|
|  |  |  | 2100 · Payroll Liabilities | 13,484.97 |
|  |  | Total Other Current Liabilities |  | 6,575,024.64 |
|  | Total Current Liabilities |  |  | 7,874,683.90 |
|  | Long Term Liabilities |  |  |  |
|  |  | PPP Program |  | 164,699.00 |
|  |  | SBA Loan |  | 150,000.00 |
|  | Total Long Term Liabilities |  |  | 314,699.00 |
| Total Liabilities |  |  |  | 8,189,382.90 |
| Equity |  |  |  |  |
|  | Partner Capital Accounts |  |  | -1,103,909.88 |
|  | 3900 · Retained Earnings |  |  | 8,119,957.44 |
|  | Net Income |  |  | -380,583.02 |
| Total Equity |  |  |  | 6,635,464.54 |
| TOTAL LIABILITIES & EQUITY |  |  |  | 14,824,847.44 |