# Anglo-Dutch Energy ELC
## Profit & Loss
### January 1 through April 21, 2021

|  |  |  |  | Jan 1 - Apr 21, 21 |
|---|---|---|---|---:|
|  | Ordinary Income/Expense |  |  |  |
|  |  | Income |  |  |
|  |  |  | Other Income/Expense | 174,500.00 |
|  |  | Total Income |  | 174,500.00 |
|  |  | Cost of Goods Sold |  |  |
|  |  |  | Lease Operating Exp.-Intangible | 156.27 |
|  |  | Total COGS |  | 156.27 |
|  | Gross Profit |  |  | 174,343.73 |
|  |  | Expense |  |  |
|  |  |  | Bank Fees | 61.00 |
|  |  |  | Business Entertainment | 105.96 |
|  |  |  | Dues & Subscriptions | 2,840.26 |
|  |  |  | Employee Benefits | 17,478.20 |
|  |  |  | Franchise Tax | 60.00 |
|  |  |  | Insurance | 794.97 |
|  |  |  | Leases | 571.79 |
|  |  |  | Legal & Professional Fees | 104,401.54 |
|  |  |  | Postage & Delivery | 432.56 |
|  |  |  | Rent | 86,155.10 |
|  |  |  | Repairs & Maintenance | 339.21 |
|  |  |  | Reproduction & Printing | 741.61 |
|  |  |  | Supplies | 2,732.34 |
|  |  |  | Telephone & Fax | 4,754.43 |
|  |  |  | Travel | 0.00 |
|  |  |  | VOID | 0.00 |
|  |  |  | 6560 · Payroll Expenses | 333,457.78 |
|  |  | Total Expense |  | 554,926.75 |
|  | Net Ordinary Income |  |  | -380,583.02 |
| Net Income |  |  |  | -380,583.02 |