# Anglo-Dutch Energy LLC
## Cash Flow
### January 1 through April 21, 2021

|  | Jan 21 | Feb 21 | Mar 21 | Apr 1 - 21, 21 | TOTAL |
|---|---:|---:|---:|---:|---:|
| **Cash Flow** | | | | | |
| **Source of Funds** | | | | | |
| Scott Van Dyke | 163,000.00 | 75,500.00 | 74,000.00 | 9,300.00 | 321,800.00 |
| PPP Loan | 0.00 | 164,699.00 | 0.00 | 0.00 | 164,699.00 |
| Total Funds | 163,000.00 | 240,199.00 | 74,000.00 | 9,300.00 | 486,499.00 |
| **Use of Funds** | | | | | |
| **Expense** | | | | | |
| Bank Fees | 26.00 | 35.00 | 0.00 | 0.00 | 61.00 |
| Dues & Subscriptions | 990.00 | 0.00 | 0.00 | 0.00 | 990.00 |
| Employee Benefits | 14,113.56 | 7,365.08 | 7,876.52 | 0.00 | 29,355.16 |
| Franchise Tax | 60.00 | 0.00 | 0.00 | 0.00 | 60.00 |
| Insurance | 2,344.93 | 794.97 | 0.00 | 0.00 | 3,139.90 |
| Leases | 381.55 | 571.79 | 0.00 | 0.00 | 953.34 |
| Legal & Professional Fees | 5,407.79 | 50,097.68 | 358.00 | 0.00 | 55,863.47 |
| Lease Operating Exp.-Intangible | 2,310.00 | 156.27 | 0.00 | 0.00 | 2,466.27 |
| Postage & Delivery | 0.00 | 0.00 | 102.00 | 40.02 | 142.02 |
| Rent | 2,165.00 | 51,462.15 | 21,550.65 | 0.00 | 75,177.80 |
| Repairs & Maintenance | 266.84 | 0.00 | 324.75 | 0.00 | 591.59 |
| Reproduction & Printing | 0.00 | 741.61 | 0.00 | 0.00 | 741.61 |
| Supplies | 1,489.54 | 136.85 | 146.85 | 0.00 | 1,773.24 |
| Telephone & Fax | 403.96 | 2,994.81 | 1,277.18 | 0.00 | 4,675.95 |
| Travel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6560 · Payroll Expenses | 161,326.10 | 70,560.86 | 71,618.55 | 6,424.00 | 309,929.51 |
| Total Expense | 191,285.27 | 184,917.07 | 103,254.50 | 6,464.02 | 485,920.86 |
| **Cash at the end of Period** | -28,285.27 | 55,281.93 | -29,254.50 | 2,835.98 | 578.14 |